UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEDEDIAH L. HIGGINBOTHAM | § | CIVIL ACTION NO. |
| | § | |
| VS. | § | |
| | § | |
| DRAKE TOWING LLC and | § | |
| DRAKE ENERGY PARTNERS LLC | § | SEC.         MAG. |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW INTO COURT, through undersigned counsel, comes Plaintiff Jedediah L. Higginbotham ("Plaintiff"), complaining of Defendants Drake Towing LLC and Drake Energy Partners LLC (collectively "Drake" and/or "Defendants"), and, for cause of action, would respectfully show unto this Honorable Court as follows:

### I.  PARTIES

1.1     Jedediah L. Higginbotham, is a citizen and resident of Calcasieu Parish, Louisiana.

1.2     Defendant Drake Towing LLC, is a Louisiana limited liability company with its principal place of business in Jefferson Parish, doing business in this District for the purpose of accumulating monetary profit, and may be served with process in accordance with Rule 4(h), Fed.R.Civ.P., through its registered agent, Kevin Willis, 3748 N. Causeway Boulevard, Metairie, LA 70002.

1.3     Defendant Drake Energy Partners LLC, is a Louisiana limited liability company with its principal place of business in Jefferson Parish, doing business in this District for the purpose of accumulating monetary profit, and may be served with process in accordance with Rule 4(h), Fed.R.Civ.P., through its registered agent, E. Scott Thomas, 4010 W. Congress St., Suite 204, Lafayette, LA 70506.

## II.  JURISDICTION

2.1     This case is brought in admiralty, pursuant to 28 U.S.C. § 1333, and the general maritime law.

## III.  VENUE

3.1     Venue is proper in this matter pursuant to the admiralty and maritime laws of the United States, Rule 82 Fed. R. Civ. P.

## IV.  FACTS

4.1     At all material times hereto, Defendants owned, operated and/or crewed the vessel involved in the incident made the basis of this suit, a vessel operating in navigable waters.

4.2     At all material times hereto, Plaintiff was employed by Alliance Oilfield Service working on Drake's barge at or near Atchafalaya Basin.

4.3     On or about April 22, 2012, Plaintiff was required to work in the dark and sustained severe and disabling injuries, including, but not limited to, contusion of the left chest wall, pulmonary contusion of the left lung, pneumothorax left, fractured ribs left, thigh, arm and other injuries, requiring hospitalization. Said injuries were caused in whole or in part by the negligence and/or gross negligence of Defendants, their agents, servants and/or employees.

4.4   The injuries suffered by Plaintiff were caused by the negligence and/or gross negligence of Defendants, and unseaworthiness of the vessel, in the following particulars, among others:

> (a)   failing to maintain the vessel and her appurtenances and/or equipment in a safe and reasonable state of repair;
>
> (b)   failing to properly light the work site and vessel;
>
> (c)   failing to take reasonable precautions for Plaintiff's safety;
>
> (d)   failing to provide Plaintiff, an invitee, with a reasonably safe place to work;
>
> (e)   other acts of negligence and/or omissions to be shown at trial herein.

## V.  DAMAGES

5.1   As a direct and proximate result of Defendants' negligence and/or gross negligence, Plaintiff suffered the following injuries and damages, including, but not limited to: (a) mental anguish in the past and future; (b) lost earnings; (c) loss of earning capacity; (d) disfigurement in the past and future; (e) physical impairment in the past and future; (f) medical expenses in the past and future; (g) physical pain and suffering in the past and future; (h) punitive damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for judgment against Defendants for: actual damages in an amount exceeding the jurisdictional limits of this Court; prejudgment and postjudgment interest; punitive damages and attorney's fees; costs of suit; and all other relief to which he may be entitled.

*Signature follows–*

Respectfully submitted,

*/s/ Walter Naquin, Jr.*
Walter Naquin, Jr. (#09891)
P. O. Box 127
Thibodaux, LA 70302
Telephone:     985.447.9554
Email: butchnaquin@bellsouth.net

**OF COUNSEL**

SPAGNOLETTI & CO.
Marcus R. Spagnoletti
State Bar No.  24076708
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:     713-653-5600
Facsimile:     713-653-5656
Email:          marcus@spaglaw.com

*Attorneys for Plaintiff*